FILED
2007 NOV -7 PM 3:00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  '07 CR 3031  DMS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 18, U.S.C., Sec. 1542 - |
| | ) False Use of a United States |
| ERENDIRA MEJIA ROBLES, | ) Passport; Title 18, U.S.C., |
| aka Claudia Gonzalez-Pineda, | ) Sec. 1028A(a)(1) - Aggravated |
| | ) Identity Theft |
| Defendant. | ) |

The grand jury charges:

Count 1

On or about October 27, 2007, within the Southern District of California, defendant ERENDIRA MEJIA ROBLES, aka Claudia Gonzalez-Pineda, did willfully and knowingly use passport No. 400054444, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that ERENDIRA MEJIA ROBLES was "Cynthia Diaz", which said passport the defendant used to gain entry into the United States at the San Ysidro Port of Entry, in violation of Title 18, United States Code, Section 1542.

//

RSK:fer:San Diego
11/7/07

#### Count 2

On or about October 27, 2007, within the Southern District of California, defendant ERENDIRA MEJIA ROBLES, aka Claudia Gonzalez-Pineda, during and in relation to a violation of Title 18, United States Code, Section 1542, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, to wit: a United States Passport in the name of Cynthia Diaz; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: November 7, 2007.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
REBECCA S. KANTER
Assistant U.S. Attorney