1  **ANDREW K. NIETOR**
    California Bar No. 208784
2  110 West C Street, Suite 707
    San Diego, California 92101
3  Telephone: (619) 794-2386

4  Attorney for Defendant Erendira Mejia-Robles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case:07CR3031-DMS |
|---|---|---|
| Plaintiff, | ) ) ) | Date: December 21, 2007 |
| v. | ) ) | Time: 11:00 a.m. |
| ERENDIRA MEJIA-ROBLES, | ) ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) ) ) ) | 1) COMPEL DISCOVERY; AND  2) PRESERVE EVIDENCE |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
       STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on December 21, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard, the accused, Erendira Mejia-Robles, by and through his attorney, Andrew K. Nietor, will ask this Court to enter an order granting the motions listed below.

//
**//**
//
//
//

07cr3031-DMS

## MOTIONS

Erendira Mejia-Robles, the accused in this case, by and through his attorney, Andrew K. Nietor, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

    1) to compel discovery; and

    2) to preserve evidence.

There motions are based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ Andrew Nietor

Dated: December 7, 2007      **ANDREW K. NIETOR**

Attorney for Defendant Mejia-Robles