UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3031-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERENDIRA MEJIA-ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | PROOF OF SERVICE |
| _____ | ) | _____ |

    I, the undersigned, declare:

    That I served the within Defendant's Motions to the United States Attorney's Office through this district's CM/ECF system.

    I certify that the foregoing is true and correct. Executed on December 7, 2007 at San Diego, California.

                                              /s/ Andrew Nietor
                                              ANDREW K. NIETOR